**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


John F. Chagnon

    v.                                    Civil No. 11-cv-461-JD

United States Department
of Veterans Affairs,
Secretary Eric K. Shinseki


John F. Chagnon

    v.                                    Civil No. 11-cv-474-PB

Abner Concepcion et al.


<u>**O R D E R**</u>

    Pursuant to Fed. R. Civ. P. 42(a) and Local Rule 42.1, after review, the court finds that the above captioned cases assert essentially identical facts and claims and are related. Accordingly, the cases should be consolidated for all purposes. **Unless the parties file an objection within 14 days of the date of this order, these cases will be consolidated and an order of consolidation issued.** <u>See</u> <u>Devlin v. Transp. Comms. Int'l Union</u>, 175 F.3d 121, 130 (2d Cir. 1999) (district court can consolidate related cases under Rule 42(a) sua sponte).

Any pleadings filed in response to this order shall be filed individually in each of the above-referenced cases.  This order shall also be docketed individually in each case.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

January 31, 2012

cc:  John F. Chagnon, pro se
     Gretchen Leah Witt, Esq.

LBM:nmd