```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>John Chagnon</u>

     v.                         Case No. 11-cv-474-PB

<u>Concepcion, et al</u>


                                <u>ORDER</u>

     Re: Document No. 12, Motion to Extend Time

     Ruling: Granted in part, to the extent that plaintiff shall have 45 days from the date of this Order to file an objection to the Order (doc. no. 10) proposing consolidation of the cases and to file an objection to the Report and Recommendation (doc. no. 11).  As to plaintiff's request for documents, the court orders the following relief:  The clerk shall provide plaintiff with a one-time courtesy copy of the Sealed Declaration (doc. no. 8) that Attorney Gretchen Leah Witt, Assistant United States Attorney for the District of New Hampshire, filed as Exhibit A to the VA's Response to the Court's November 16, 2011, Order.  The motion (doc. no. 12) is denied in all other respects.


Date:  February 14, 2012            <u>/s/Landya B. McCafferty</u>
                                          US Magistrate Judge

cc:  John Chagnon, Pro Se
     Gretchen Witt, Esq.