U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 MAR -7 P 2: 11

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

John F. Chagnon

    v.                                                      Civil No. 11-cv-461-JD

US Department of Veterans Affairs, Secretary

John F. Chagnon

    v.                                                      Civil No. 11cv-474-PB

Abner Concepcion, et al.

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

Some of the Exhibits submitted in support of plaintiff's Motion to Deny Consolidation of Two Fed. Law Cases in the above-captioned cases contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Exhibits in support of plaintiff's Motion to Deny Consolidation of Two Fed. Law Cases. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Motion to Deny Consolidation of Two Fed. Law Cases, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

**SO ORDERED**.

_____
Landya B. McCafferty
United States Magistrate Judge

Date: March 7, 2012

cc: John F. Chagnon, pro se